AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) ) | |
| GARRETT ERIC WEBER a/k/a "BUBBLESXD_90" | ) ) ) ) | Case No. 3:21-mj- 1346 - JRK |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___March 11, 2021 - June 27, 2021___ in the county of ___Clay and Duval___ in the ___Middle___ District of ___Florida___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251(a) & 2251(e) | Attempted production of child pornography |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jonathan MacDonald, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___July 1, 2021___

_____
*Judge's signature*

City and state:         ___Jacksonville, Florida___

James R. Klindt, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Jonathan MacDonald, being duly sworn, state as follows:

1.      I am a Special Agent (SA) with the Federal Bureau of Investigation, an agency of the United States Department of Justice (DOJ), and have been so employed since November 2008. I am currently assigned to the Jacksonville Field Office where I conduct a variety of investigations. I have a Bachelor of Science in Geology and Master of Science in Geology. I am a law enforcement officer of the United States and am thus authorized by law to engage in or supervise the prevention, detection, investigation or prosecution of violations of federal criminal law. I am responsible for enforcing federal criminal statutes under the jurisdiction of FBI, including violations of law involving the exploitation of children. In my capacity as a Special Agent, I have participated in numerous types of investigations, during which I conducted or participated in physical surveillance, undercover transactions and operations, historical investigations, and other complex investigations. Since becoming a Special Agent, I have worked with experienced Special Agents and state and local law enforcement officers who also investigate child exploitation offenses. I have personally participated in over 100 searches and hundreds of interviews.

2.      I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children that involved violations of 18 U.S.C. §§ 2251, 2252, 2252A, 2422, and 2423, as well as Florida state statutes that

criminalize sexual activity with minors and other methods of child sexual
exploitation.  In connection with such investigations, I have served as case agent,
have conducted interviews of defendants and witnesses, and have served as an
undercover agent in online child exploitation cases.  I am a member of a local child
exploitation task force comprised of the FBI and other law enforcement agencies.
These agencies, and others, routinely share information involving the characteristics
of child sex offenders as well as investigative techniques and leads.  As a federal
agent, I am authorized to investigate and assist in the prosecution of violations of
laws of the United States, and to execute search warrants and arrest warrants issued
by federal and state courts.  Based on my training and experience, I know that the
internet and cellular telephones are facilities of interstate commerce.

     3.     The statements contained in this affidavit are based on my personal
knowledge, as well as on information provided to me by other Special Agents, FBI
employees, and other law enforcement officers and personnel.  This affidavit is being
submitted for the limited purpose of establishing probable cause for the filing of a
criminal complaint, and I have not included each and every fact known to me
concerning this investigation.  I have set forth only the facts that I believe are
necessary to establish probable cause to believe that GARRETT ERIC WEBER,
a/k/a "BUBBLESXD_90," has committed a violation of Title 18, United States
Code, Sections 2251(a) and 2251(e), that is, attempted production of child
pornography.

2

4.     I make this affidavit in support of a criminal complaint against

GARRETT ERIC WEBER, a/k/a "BUBBLESXD_90" that is, during the period

from on or about March 11, 2021 through on or about June 27, 2021, in the Middle

District of Florida, GARRETT ERIC WEBER, a/k/a "BUBBLESXD_90," did

knowingly attempt to employ, use, persuade, induce, entice and coerce a person

whom defendant believed to be a minor to engage in any sexually explicit conduct

for the purpose of producing visual depictions of such conduct, which visual

depictions would have been transported and transmitted using a facility of interstate

commerce, that is, by cellular telephone and the internet, in violation of 18 U.S.C.

§§ 2251(a) and 2251(e).

5.     In February 2021, I reviewed an investigative lead from the Milwaukee,

Wisconsin Division of the FBI, and learned, among other things, the following

information from documents that were provided to me:

    a.  On January 16, 2020, an Online Covert Employee (the WC OCE) from

        the Winnebago County (Wisconsin) Sheriff's Office began an

        undercover investigation via the internet using a mobile device and was

        accessing Kik.[1] While using Kik, the WC OCE observed an individual

_____

[1] Based on my training and experience, I know that Kik is a popular
messaging application (app) that permits users to send and exchange text messages
and other content over the internet. Users often meet in public and private chat
"groups" that share a common interest. After meeting in the group, users can send,
receive, and exchange private messages with other group members using the private
chat feature. I also know that Kik was acquired by MediaLab in 2019.

with username "BUBBLESXD_90" post what appeared to be an image depicting a minor engaged in sexually explicit conduct in a group named "young and zoo" on June 22, 2020 at 7:51 PM CST.

b. On July 21, 2020, FBI Milwaukee caused a subpoena to be served to MediaLab, which I know is the company that owns the Kik app service, requesting subscriber information and IP addresses for Kik username "BUBBLESXD_90". On August 27, 2020, MediaLab provided responsive documents to this subpoena which included the following subscriber information for Kik username "BUBBLESXD_90": First Name: thorman, Last Name: thunder, Email: disturbedguy1990@aol.com (unconfirmed), Username: BUBBLESXD_90, as well as device type: iPhone. MediaLab additionally provided IP address history associated with the account from June 21, 2020 through July 20, 2020. IP address 107.139.208.27 was the only IP address associated with the account from June 21, 2020 through July 20, 2020.

c. On September 3, 2020, FBI Milwaukee caused a subpoena to be served to AT&T requesting subscriber information for IP address 107.139.208.27 on June 21, 2020 at 22:37 UTC. On September 4, 2020, AT&T provided responsive documents to this subpoena that listed the subscriber of the account that used IP address 107.139.208.27 on June 21, 2020 at 22:37 UTC as Patricia Parker, with a service address of 1014

Warner Rd, Green Cove Springs, Florida 32043-8923. The telephone number listed on the account was (904) 469-3712. The email addresses listed for this account were parker7241@att.net and nliverman@hotmail.com.

d. On September 9, 2020, FBI Milwaukee caused a subpoena to be served to Oath Inc. requesting subscriber information for email address disturbedguy1990@aol.com. On September 10, 2020, Oath Inc. provided responsive documents to this subpoena which included the following subscriber information for email address disturbedguy1990@aol.com: Login ID(s): disturbedguy1990@aim.com and disturbedguy1990; Mail Name: disturbedguy1990@aol.com; Account Status: Active; Account Created: Sunday, March 11, 2012 at 00:34:40 UTC; Full Name: Garrett Weber; Country: US; and Phones: 904-327-3523 (Verified). Oath Inc. additionally provided IP address history associated with the account from September 9, 2019 through September 8, 2020. IP address 107.139.208.27 was used to login to the account 355 times between September 9, 2019 and September 8, 2020.

6.     On June 1, 2021, I reviewed the image referred to above by the WC OCE in Wisconsin and determined that the image was actually the first frame of a video posted to the "young and zoo" group by "BUBBLESXD_90" on June 22, 2020.  The WC OCE had captured and preserved the entire video.  A description of this full video is as follows:

5

DESCRIPTION: A color video of a nude prepubescent female minor child. This minor child has childlike facial features, child-sized arms and legs, and an absence of any pubic hair. The child is lying on her back holding what appears to be a selfie stick in her hand as an adult male inserts his erect penis into the child's vagina. Based on my training and experience, I have probable cause to believe that this video depicts a prepubescent minor engaged in sexually explicit conduct, that is, genital-genital sexual intercourse, with an adult male.

7.      On February 25, 2021, at my direction, FBI Operational Support Technician (OST) Grace Meyer caused a subpoena to be served to MediaLab requesting subscriber information and IP addresses for Kik username "BUBBLESXD_90". MediaLab provided responsive documents to this subpoena that I have reviewed and that included the following subscriber information for Kik username "BUBBLESXD_90": First Name: thorman, Last Name: thunder, Email: disturbedguy1990@aol.com (unconfirmed), Username: BUBBLESXD_90, as well as device type: iPhone. MediaLab provided IP address history associated with the account from June 1, 2020 through February 19, 2021. IP address 107.139.208.27 was the only IP address associated with the account from June 1, 2020 through February 19, 2021.

8.      At my direction, on March 10, 2021, OST Meyer caused a subpoena to be served to AT&T requesting subscriber information for IP address 107.139.208.27 on February 19, 2021 at 17:26:10 UTC.  AT&T provided responsive documents to

6

this subpoena I have reviewed and that listed the subscriber of the account that used

IP address 107.139.208.27 on February 19, 2021 at 17:26:10 UTC as Patricia Parker,

with a service address of 1014 Warner Rd, Green Cove Springs, Florida 32043, and

with cell phone number 904-735-3970. Additional names listed on the account were

Pamela Johnson with cell phone number 904-469-3712 and Garrett Weber with cell

phone number 904-327-3523.

9.      Incident to the subpoena from AT&T, FBI Staff Operations Specialist

(SOS) Megan Hammerling conducted additional records research on 1014 Warner

Rd, Green Cove Springs, Florida 32043-8923. SOS Hammerling advised me that the

Florida Driver and Vehicle Information Database (DAVID) showed that Nanette

Elaine Liverman, Patrick Ann Parker, and GARRETT ERIC WEBER each list 1014

Warner Rd, Green Cove Springs, Florida 32043 as their residential address on their

Florida driver's licenses. I have reviewed the photograph of WEBER that appears

on his Florida driver's license, and I learned that WEBER's date of birth is October

10.      On March 11, 2021, an FBI employee in Jacksonville began acting in

an undercover capacity as an Online Covert Employee (OCE and/or FBI OCE) in

this investigation. I know that the OCE has experience investigating violent crimes

against children, and further that the OCE has experience portraying either a minor

child or the parent of a minor child in online undercover investigations. I have

engaged in numerous discussions with the OCE regarding the OCE's portion of this

investigation, and I have reviewed all of the written online communications between

7

the OCE and "BUBBLESXD_90" as set forth below.  The FBI OCE connected to

the internet using a cellular telephone and accessed an FBI undercover account on

Kik.  While accessing Kik, the FBI OCE sent the following online private message to

"BUBBLESXD_90": Heyyy.

11.    On March 18, 2021, "BUBBLESXD_90" responded to the FBI OCE's

March 11, 2021 message and the online conversation that occurred on March 18,

2021 between "BUBBLESXD_90" and the FBI OCE read as follows:

BUBBLESXD_90: Heyyyy (emoji)(emoji)(emoji)

OCE:        Heyyy (emoji)

12.    On March 19, 2021, the online conversation between

"BUBBLESXD_90" and the FBI OCE continued as follows:

BUBBLESXD_90: And how the heck are you doing (emoji)

OCE:            Not bad.. I was in a fun group I thought you were in but

                now I can't find it (emoji)

BUBBLESXD_90: Laaaaaaaame no worries lol. Kinda hard to find actual fun

                groups these days. They keep just disappearing (emoji)

13.    On March 22, 2021, the FBI OCE sent the following online message to

"BUBBLESXD_90":

OCE:            Damnit you know any that are open for moms of

                daughters?

14.    On March 22, 2021, "BUBBLESXD_90" sent the following online

messages to the FBI OCE:

BUBBLESXD_90:  I have a feeling there are mamy. #rap.e

.beast.brutal.extreme.link accepts absolutely everything.

And omg yo are

BUBBLESXD_90:  You are toooo damn sexy (emoji)

BUBBLESXD_90:  You can probably get someone who has been there for a

while to post your naughty pics and/or videos

15.     On March 25, 2021, the FBI OCE sent the following online messages to

"BUBBLESXD_90":

OCE:            Aww hahah thanks

OCE:            I'm not really into rape/brutal stuff just … taboo

16.     On March 27, 2021, the online conversation between

"BUBBLESXD_90" and the FBI OCE continued as follows:

BUBBLESXD_90:  I seeeeee… Hmm. Not really sure where any good groups

are for that. How old is your daughter? And how old is

your naughty frisky sexy self?

OCE:            Ummm she's 9 I'm 33 hbu?

17.     On March 28, 2021, "BUBBLESXD_90" sent the following online

message to the FBI OCE:

BUBBLESXD_90:  I am 28 and wow you are sexy (emoji)(emoji)(emoji)

18.     On March 29, 2021, the online conversation between

"BUBBLESXD_90" and the FBI OCE continued as follows:

OCE:            Haha oh yeah?? What are you into btw?

9

BUBBLESXD_90: Quite a lot. But mothers who are sexually interactive with their daughters and or sons is ridiculously sexy to me. So, simply put, I am wayyyyy into you (emoji)(emoji)

19.    On March 30, 2021, the online conversation between "BUBBLESXD_90" and the FBI OCE continued as follows:

OCE:    Lol my ex was the active one I just watched him .. hbu? Any experience (emoji)

BUBBLESXD_90: Only a little. And nothing really crazy. I once touched a girls pussy as she slept. It was so soft and tiny (emoji)(emoji) I wanted more

BUBBLESXD_90: Did you ever take pictures or film him?

OCE:    Wooow how old was she (emoji)(emoji)? He took all that stuff when he left and I've never played on my own (emoji)

BUBBLESXD_90: She was 7 or 8 at the time. And I see. You enjoyed watching him being pleased by your beautiful little girl huh (emoji)(emoji)

OCE:    Lol something like that (emoji)

BUBBLESXD_90: Omg you naught naughty girl (emoji)(emoji) I wish I could be there to please both of you sexy sexy girls

OCE:    Lol if only you lived in Florida (emoji)(emoji)

BUBBLESXD_90: (emoji)(emoji)(emoji)

OCE:                Hahah whaaaa

BUBBLESXD_90: And what if I did live in Florida (emoji)(emoji)

OCE:                Hahah yeah well if you did .. maybe we could figure

                something but no one EVER lives nearby damnit

BUBBLESXD_90: The weather outside is fucking hot as hell where I live.

                There is a hint of where I live you naughty Florida girl

OCE:                Haha I see and what would you do if you happened to be

                close to me

BUBBLESXD_90: I would have to get my ass closer to you. Then closer.

                Then hopefully inside of your hot sexy body

                (emoji)(emoji)

OCE:                Ohh sorry I don't do physical touch... I only watch.. had

                bad shit happen def not gonna get into it

BUBBLESXD_90: Okay then. That is completely fine. Then what would you

                like me to do to your pretty tight little girl?

OCE:                Uhh idk.. I always just followed my ex's lead .. nothing

                painful or anything obviously

BUBBLESXD_90: So I am guessing that her pussy is still a virgin and he did

                only ass and mouth play with her? Also, I am not gonna

                abuse her. Since I have never done it before, I don't really

                have any rules lol

OCE:                Good yeah no abuse obviously. She is definitely still a

|  | virgin. He only did some rubbing kissing etc nothing crazy |
| BUBBLESXD_90: | I seeee. Well that doesn't seem bad at all. The way I read what you were saying before made me think that she went all the way. That is pretty damn hot |
| OCE: | Ah sorry to disappoint you .. not yet |
| BUBBLESXD_90: | Nooooo I am far from disappointed lol |
| BUBBLESXD_90: | The idea of rubbing a young girl licking and kissing her is still ridiculously exciting |
| OCE: | Oh yeah I'm sure (emoji) |
| BUBBLESXD_90: | So, do you live in north or south Florida? |
| OCE: | Hahah well… does it matter? |
| BUBBLESXD_90: | Good question. And nah. Seems like fun no matter the travel |
| OCE: | it's a big state regardless.. I just need to trust you a lil bit (emoji) |
| BUBBLESXD_90: | And I you lol. Cause this is risky business for sure |
| OCE: | Lol I know.. I don't wanna do anything that could make me lose her |

20.     On March 30, 2021, at approximately 4:52 PM, "BUBBLESXD_90" sent the FBI OCE a URL hyperlink that connected to a particular online cloud storage account.  The FBI OCE opened this hyperlink and observed videos depicting child pornography. I reviewed the videos and observed at least 10 videos that I have

12

probable cause to believe depicted minors engaging in sexually explicit conduct, including one particular color video titled 034-10yo Sucks Anal.mp4 that is 8 minutes 48 seconds in length depicted the digital and oral penetration of a prepubescent female child.

21.     On March 30, 2021, the online conversation between "BUBBLESXD_90" and the FBI OCE continued as follows:

BUBBLESXD_90: I dunno if you watch vids, buuuuut this is a good link

BUBBLESXD_90: Then you are a good mom with a reeeeeally naught side (emoji)(emoji)(emoji)

OCE:             Eek okay I'm scared .. Do I just click it or what?

BUBBLESXD_90: What I do is I copy it, paste it in my browser and then open in either the mega app or the browser. I use the mega app. It seems to speed up the video load time

OCE:             Omg there's so much this will take me a while too look at (emoji)(emoji)

OCE:             Where do you find all these vids??

BUBBLESXD_90: I just find the links. The link was made by who the hell knows, but is free for us to enjoy. I found the link in the groups I showed you not long ago

BUBBLESXD_90: So if you wanted to see a little girl get fucked, links like this is the way. And if you wanted to see moms play with their little girls and little boys, (those are super rare btw)

13

there will be a link somewhere

BUBBLESXD_90:    And In these videos, some people go all the way with their

beautiful little girls (emoji)(emoji)(emoji)

OCE:    that's so hot(emoji)I wanna be in that group lol.. I feel like

My girl is so inexperienced

BUBBLESXD_90:    From your description and my history in seeing these vids,

I would say you are right. You could get tiny toys for her,

like anal training toys. Usually very small and gets her into

the amazing feelings that she COULD be feeling

BUBBLESXD_90:    #rap.e

.beast.brutal.extreme.link

OCE:    Oh damn yeah she hasn't done anything like that.

BUBBLESXD_90:    If you think you would feel weird about training her later

on in life, I would happily be there to do the slow training

in her future (emoji)(emoji)

OCE:    Lol yeah it's not my thing cause I only watch .. but I'm

open to ideas

BUBBLESXD_90:    Then I am yours (emoji)

OCE:    Hahaha we'll see

BUBBLESXD_90:    Yes we shall (emoji) it was nice finally having a decent

conversation with you

BUBBLESXD_90:    G[ ]d damn you are a fun woman

14

22.    On March 31, 2021, the online conversation between "BUBBLESXD_90" and the FBI OCE continued as follows:

OCE:    Aww haha it was good to talk to you too! Sorry I work in the evenings and my boss is so annoying about being on my phone.

BUBBLESXD_90: I know the feeling. I just got home after a nine hour work day in the blistering sun and sucky humidity. I am completely pooped lol

23.    On April 1, 2021, the FBI OCE sent the following online message to "BUBBLESXD_90":

OCE:    Oh man that sounds rough!

24.    On April 2, 2021, the FBI OCE sent the following online message to "BUBBLESXD_90":

OCE:    What's up guy?

25.    On April 4, 2021, "BUBBLESXD_90" sent the following online message to the FBI OCE:

BUBBLESXD_90: Not much girl. How in the hell are you? Sorry for not responding. Been a little overwhelmed from work lately

26.    On April 6, 2021, the online conversation between "BUBBLESXD_90" and the FBI OCE continued as follows:

OCE:    Oh gotcha. No problem.. I'm not on all the time either..What u do out in the sun lol lifeguard?

15

BUBBLESXD_90: Just a handiman. Had to dig a trench for some piping for a new client who wanted a water hose in their garden in their front yard. Sometimes I work my ass off and other times I relax in the AC and work on easy stuff inside people's houses

27. On April 7, 2021, the online conversation between "BUBBLESXD_90" and the FBI OCE continued as follows:

OCE: Oh yeah digging a trench sounds rough .. I'll stick to waiting tables haha

BUBBLESXD_90: Do it. At least you will get a tip (emoji)(emoji)

BUBBLESXD_90: And if I was around, your daughter might too (emoji)(emoji)(emoji) that sounds so bad lmao

28. On April 8, 2021, the online conversation between "BUBBLESXD_90" and the FBI OCE continued as follows:

OCE: Hahaha oh yeah? You interested in her (emoji)

BUBBLESXD_90: Mayyyyyyyyyybe teehee (emoji)(emoji)(emoji)

BUBBLESXD_90: G[ ]d damn it, I get turned on ever damn time I see your message lmao

29. On April 9, 2021, at approximately 8:51 pm, "BUBBLESXD_90" sent an online private message to the FBI OCE that contained a video file depicting an adult female penetrating the vagina of a prepubescent female with a pacifier and index finger.

30.     On April 12, 2021, the online conversation between BUBBLESXD_90 and the FBI OCE continued as follows:

OCE:            Damnnn that's crazy

OCE:            (emoji)love all the stuff you send

BUBBLESXD_90: I love giving you the stuff (emoji)(emoji)

OCE:            Oh yeah? Why's that

BUBBLESXD_90: Because you are a rare woman that is actually turned on
                by this naughty dark stuff

OCE:            Ohh gotcha

BUBBLESXD_90: I just wish I had more to give you (emoji)(emoji)

OCE:            Aw yeah I feel bad I don't have anything for you

BUBBLESXD_90: You talking about your sexy little girl is better than most
                videos I can watch lol so you are fine

OCE:            Ohhh yeah (emoji)I'm not into rp though only real. You're
                for real right?

BUBBLESXD_90: I am so real (emoji)(emoji)(emoji)

31.     On April 12, 2021, BUBBLESXD_90 sent the following online message to the FBI OCE:

BUBBLESXD_90: You have no idea how amazing it would be to me for me
                to be her trainer. The one to slowly prepare her for a hard
                big dick

32.     On April 13, 2021, the online conversation between BUBBLESXD_90

17

and the FBI OCE continued as follows:

OCE:                 Oh man that sounds exciting..

BUBBLESXD_90:   Yessssss (emoji)(emoji) and it will be even more exciting when you watch and/or join in. And I know, no touching. But I am not gonna do anything you do not want me to do. I am a perv, but not a douche lmao

33.    On April 14, 2021, the FBI OCE sent the following online message to BUBBLESXD_90:

OCE:                 So what would you plan on doing to her then?

34.    On April 15, 2021, the online conversation between BUBBLESXD_90 and the FBI OCE continued as follows:

BUBBLESXD_90:   Well, you did say your little girl is inexperienced. So I would buy some training toys. Very thin dildos, lube, flavored of course. Kiss her young beautiful lips while my hands travel all over her tiny body. Gently play with her slowly growing tits, suck on her young tiny nipples and teach her the meaning of pleasure. Lay her on her back and spread her legs apart and lick her tiny sweet pussy as you watch and rub your hot wet pussy to us

OCE:                 Hmmm that sounds exciting

OCE:                 Are you close to north fl?

BUBBLESXD_90:   I think so too (emoji) and mayyyyyyybe (emoji)

18

BUBBLESXD_90: I live in the jacksonville area of fl

35.     On April 16, 2021, BUBBLESXD_90 sent the following online message to the FBI OCE:

BUBBLESXD_90: And you?

36.     On April 18, 2021, BUBBLESXD_90 sent the following online message to the FBI OCE:

BUBBLESXD_90: You know I have to be vague for now. But yes. I am near
                       north fl

37.     On April 19, 2021, the online conversation between BUBBLESXD_90 and the FBI OCE continued as follows:

OCE:              Im in Jax too. This is getting real. Do you actually wanna
                      try and figure stuff out? (emoji)

BUBBLESXD_90: Jesus Christ what are the odds (emoji)(emoji)(emoji) and
                       hell yeah I do.

BUBBLESXD_90: Quick weird question, does not matter the answer, I am
                       just curious, what color are you?

38.     On April 20, 2021, the online conversation between BUBBLESXD_90 and the FBI OCE continued as follows:

OCE:              Hmmm I'm white and she's mixed. You?

BUBBLESXD_90: She is mixed?? (emoji)(emoji)(emoji) and I am just another
                       white guy lol

OCE:              Lol nice

BUBBLESXD_90: Not gonna lie, mixed girls are super hot to me (emoji)

BUBBLESXD_90: Rare to see you on kik at this time of day. You have the
day off?

OCE:            No I just start at 6 today

BUBBLESXD_90: Oh shit. Well get that sexy ass moving girl. You have 16
minutes lol

OCE:            Yeaaah I know I gotta go

BUBBLESXD_90: I know. Catch you later. Be safe and have a good day at
work (emoji)(emoji)

39.    On April 23, 2021, BUBBLESXD_90 sent the following online message
to the FBI OCE:

BUBBLESXD_90: Heyyyyyy naughty mommy, how are you doing? (emoji)

40.    On April 27, 2021, BUBBLESXD_90 sent the following online message
to the FBI OCE:

BUBBLESXD_90: You doing okay?

41.    On May 2, 2021, at approximately 10:13 AM, "BUBBLESXD_90" sent
the FBI OCE a URL hyperlink for an online cloud storage account.  The FBI OCE
attempted to open the link and received the following message from the company
that maintains the account: "This folder/file was reported to contain objectionable
content, such as Child Exploitation Material, Violent Extremism, or Bestiality. The
link creator's account has been closed and their full details, including IP address,
have been provided to the authorities".

42. On May 2, 2021, the FBI OCE sent the following online messages to "BUBBLESXD_90":

OCE: Booo that link didn't work

OCE: Also sorry I didn't pay my phone bill I've been old school for a minute haha

43. On May 3, 2021, BUBBLESXD_90 sent the following online messages to the FBI OCE:

BUBBLESXD_90: Damn sorry. Someone must have reported it. Also, welcome back to the age of functional cellphones (emoji)

BUBBLESXD_90: I took the day off of work. So I am all yours to talk to if you are free

44. On May 4, 2021, the online conversation between "BUBBLESXD_90" and the FBI OCE continued as follows:

OCE: Hahah thanks

OCE: I'm only here for a bit until I have to go in tonight lol gotta make that money

BUBBLESXD_90: I totally understand. I have been saving as much as possible to get a new car lately. Saving is a total pain in the ass though lol

45. On May 5, 2021, the online conversation between "BUBBLESXD_90" and the FBI OCE continued as follows:

OCE: Yuppp

BUBBLESXD_90: Indeed. So how are you and your little girl?

46.     On May 6, 2021, the online conversation between "BUBBLESXD_90" and me as OCE continued as follows:

OCE:              We're doing ok. Nothing exciting here haha hbu?

BUBBLESXD_90: Same here unfortunately. You have work tonight?

47.     On May 6, 2021, at approximately 5:52 PM, "BUBBLESXD_90" sent the FBI OCE a URL hyperlink that connected to a particular online cloud storage account.  The FBI OCE opened this hyperlink and observed videos of child pornography. I reviewed the videos and observed at least 10 videos that I have probable cause to believe depicted minors engaging in sexually explicit conduct, including one particular video titled VID-20140320-WA0031.MP4 that depicted an adult male putting his penis into the mouth of a prepubescent female child.

48.     On May 6, 2021, BUBBLESXD_90 sent the following online message to the FBI OCE:

BUBBLESXD_90: You will cum so fucking much to all that is in this link
                (emoji)(emoji)

49.     On May 7, 2021, the online conversation between "BUBBLESXD_90" and me as OCE continued as follows:

OCE:              Damn you must like sending me stuff (emoji)what do u
                 look like btw?

BUBBLESXD_90: I really do lol. And I am kinda tall at 6' not really fat but a
                 little chubby. My job keeps me very strong, so I am a bit

22

muscular. I am white, a blonde and have blue eyes

BUBBLESXD_90: How about you?

50.     On May 8, 2021, BUBBLESXD_90 sent the following online message
to the FBI OCE:

BUBBLESXD_90: You got work tonight?

51.     On May 12, 2021, BUBBLESXD_90 sent the following online message
to the FBI OCE:

BUBBLESXD_90: Can I see what your daughter looks like? (emoji)(emoji)

52.     On May 13, 2021, the online conversation between
"BUBBLESXD_90" and the FBI OCE continued as follows:

OCE:              Lol maybeeee what kinda pic you want

BUBBLESXD_90: I mean a normal pic would be nice, buuuuuuuuuut if you
                  are able to get a naughty pic of her in the shower or getting
                  dressed/undressed or just tell her to pose her sexy naked
                  body for you, I would love that (emoji)(emoji)

53.     On May 14, 2021, the online conversation between BUBBLESXD_90"
and the FBI OCE continued as follows:

OCE:              Hmmm perhaps.. but I never done pics like that ... how
                  like would you want me to take it?

BUBBLESXD_90: Honestly the first thing that came to mind was you
                  sneaking in on her undressing for a shower or getting in
                  the shower with her and taking it. That way it does not

seem weird to her

54.    On May 16, 2021, BUBBLESXD_90 sent the following online message to the FBI OCE:

BUBBLESXD_90: What does your sexy ass do on the weekends?

55.    On May 17, 2021, the online conversation between "BUBBLESXD_90" and me as OCE continued as follows:

OCE:            I try to work doubles most of the time(emoji).. I can try to take a pic it just makes me nervous lol .. you want me To get in the shower with her and take a pic? Anything in particular u want in it or whatever?

BUBBLESXD_90: Getting in the shower with her and having you both in the pic would be so so sexy (emoji)(emoji)(emoji) OMG you are truly amazing

BUBBLESXD_90: And no, I am not gonna be greedy and list demands on such an incredible opportunity. I want you comfortable and in a positive state of mind when you get in the shower with your sexy little daughter

56.    On May 18, 2021, BUBBLESXD_90 sent the following online message to the FBI OCE:

BUBBLESXD_90: Sorry for probably being overbearing lol you just make me so g[ ]d damn excited when you message me (emoji)(emoji)

24

57.    On May 19, 2021, the online conversation between BUBBLESXD_90"
and the FBI OCE continued as follows:

> OCE:    Lol it's okay.. I've never like done anything with her like take a shower or anything.. so I snuck this pic instead for you last night

> OCE:    [OCE sent image of what appears to be a prepubescent female child lying on her side in bed, facing away from the camera, wearing underpants and nothing else. [The image does not depict an actual child.]

> BUBBLESXD_90: Oh my god (emoji)(emoji)(emoji)(emoji) look at how sexy her little ass is!!! I was kinda expecting you to blow me off, but then you come in with this!!! Omg thank youuuuuuuu

> BUBBLESXD_90: Also, your AC must seriously kick ass for her to cover up in that thick ass blanket lol. I have a few gifts for you as a thank you (emoji)(emoji)(emoji) do you wanna see some full penetration videos (emoji)(emoji)

58.    On May 19, 2021, at approximately 6:17 PM EDT,
"BUBBLESXD_90" sent an online private message to the FBI OCE that contained a video of a white male individual anally and/or vaginally penetrating a darker skinned female individual.

59.    Later on May 19, 2021, BUBBLESXD_90 sent the following online message to the FBI OCE:

25

BUBBLESXD_90: Tomorrow afternoon when you get back on, if you like

this, ask for more and I will give them to you

(emoji)(emoji)(emoji) and again, thank you so so so so

much for that pic (emoji)(emoji)(emoji)

60.    On May 20, 2021, the online conversation between

"BUBBLESXD_90" and the FBI OCE continued as follows:

OCE:          Aw I'm glad you liked the pic. Sorry it wasn't exactly what

you asked for..

OCE:          Gifts for me? Like money? Haha

BUBBLESXD_90: Do not be sorry. What you did for me is something no one

has ever done and I loved it. I can only imagine how hard

your heart was pounding behind your beautiful breasts

(emoji)(emoji) God that was so damn sexy

61.    On May 20, 2021, at approximately 10:15 pm EDT,

"BUBBLESXD_90" sent an online private message to the FBI OCE that contained

four videos, three of which I have probable cause to believe depict a minor engaging

in sexually explicit conduct, that is, genital-genital and/or anal-genital sexual

intercourse.  Descriptions of these three videos are as follows:

DESCRIPTION: A color video approximately 1 minute 4 seconds in

length with sound depicting a very small, nude prepubescent female minor

child, lacking any pubic hair, lying on her back. A nude adult male is kneeling

in front of the child's genitalia and forcing his penis into the child's vagina

26

throughout the entire video.  Approximately 10 seconds (0:10) into the video, the camera focuses on the child's genitalia. At approximately 26 seconds (0:26) into the video, the camera shows the child's torso and genitalia.

DESCRIPTION: A color video approximately 59 seconds (0:59) in length with sound depicting a nude prepubescent female minor child, wearing only a t-shirt, on her hands and knees facing away from the camera.  The child has small, child-sized hands and arms and lacks pubic hair. The child is being vaginally penetrated by the penis of an adult male. At approximately 36 seconds (0:36) into the video, the adult male removes his penis, and the child places her right hand below her genitalia. At approximately 55 seconds (0:55) into the video, a white substance falls from the child's genitalia into the child's hand.

DESCRIPTION: A color video approximately 1 minute and 3 seconds (1:03) in length with sound depicting a nude prepubescent female minor child with her legs spread apart.  The child is lying on her back while an adult male forces his penis and fingers into the anus of the child who lacks pubic hair and has very small, child-like body structure.  The camera focuses on the child's genitalia as the child is digitally and anally penetrated. At approximately 29 seconds (0:29) into the video, the adult male begins rubbing his penis over the child's genitalia. At approximately 40 seconds (0:40) into the video, the camera focuses on the child's genitalia. At approximately 1 minute (1:00) into the video, the camera angle changes to show the child being anally penetrated

27

by the male's penis.

62.     On May 21, 2021, BUBBLESXD_90 sent the following online message to the FBI OCE:

BUBBLESXD_90: Hope you like the vids (emoji)(emoji)

63.     On May 24, 2021, BUBBLESXD_90 sent the following online message to the FBI OCE:

BUBBLESXD_90: Were they too rough? (emoji)

64.     On May 25, 2021, BUBBLESXD_90 sent the following online message to the FBI OCE:

BUBBLESXD_90: Sorry… Hope everything is okay over there (emoji)

65.     On May 31, 2021, BUBBLESXD_90 sent the following online message to the FBI OCE:

BUBBLESXD_90: How are you and your beautiful sexy little girl?

(emoji)(emoji) been a long long time since I heard back

from you (emoji)

66.     On June 7, 2021, BUBBLESXD_90 sent the following online message to the FBI OCE:

BUBBLESXD_90: I miss you…

67.     On June 10, 2021, BUBBLESXD_90 sent the following online message to the FBI OCE:

BUBBLESXD_90: Welp, it was fun. Wish we coulda met. Oh well. Bye bye

(emoji)

28



68.     On June 23, 2021, the online conversation between

"BUBBLESXD_90" and the FBI OCE continued as follows:

OCE:              Don't be mad

BUBBLESXD_90: Pff I am never mad

OCE:              Liess

BUBBLESXD_90: Yeah lol I am mad sometimes. But never at you

BUBBLESXD_90: More sad that you stopped speaking to me

OCE:              Lol sorry i go through phases of using this app

BUBBLESXD_90: I don't blame you lol this app is pretty much only for being

                  discrete and talking about the naughtiest of things

OCE:              Yeahhh

BUBBLESXD_90: So how has your sexy buns been?????

OCE:              Meh ok hbu

BUBBLESXD_90: Not too bad. Been trying hard as hell to get a new car

BUBBLESXD_90: I still have that picture you gave me of your beautiful

                  daughter (emoji)(emoji) and I was thinking that giving her

                  a fully body warm oil massage would be soooo much fun.

                  What do you think?

OCE:              Hmmm that would be interesting

BUBBLESXD_90: That would be very interesting. And something I think you

                  would enjoy joining in on (emoji)

OCE:              Lol I don't participate sorry

29

BUBBLESXD_90: I know. Just thought since that is not too sexual that you would not be bothered joining in

OCE:          Nah

BUBBLESXD_90: Lol okay okay (emoji)

BUBBLESXD_90: So what do you do when you watch a guy rub on and kiss and lick your little girl?

BUBBLESXD_90: Just curious lol

69.    On June 24, 2021, the online conversation between "BUBBLESXD_90" and the FBI OCE continued as follows:

OCE:          Lol sorry for ghosting you. Idk I would have to make sure they didn't hurt her

OCE:          I'm off work tonight (emoji)

BUBBLESXD_90: Annnnnd I just got home from work (emoji)(emoji) and of course! That little girl is your life. I would never want to hurt her. I would, however, like to learn what she enjoys being done to her

OCE:          Lol well like I said she's not too experienced .. not like the girls in the vids u sent

BUBBLESXD_90: Lol indeed. But experience can most certainly grow (emoji)

OCE:          Lol ya

BUBBLESXD_90: Now imagine now, her young virgin body. Barely been

30

touched. Now imagine being there for her as she learns more and more and more

BUBBLESXD_90: You guiding her on her sexual journey. Learning how to touch. Learning how she likes to be touched. That is pretty damn hot to me lol

OCE: Lol well I'm not doing any of those things

OCE: That's for someone else

BUBBLESXD_90: You are not gonna be in the room watching? (emoji)

OCE: Obviously I have to make sure she's safe

OCE: But you said you

OCE: It was confusingggg

BUBBLESXD_90: Well you are verbal support is what I am getting at (emoji)

OCE: Lol verbal support?!?

BUBBLESXD_90: Yeah. Like, if she starts to fell uncomfortable with me licking her pussy. You will be there to assure her that everything is fine and that she will like it

OCE: Ohhh if that's what you want me to do..

BUBBLESXD_90: Oh I want you to do a lot more than that. But, since you do not want any physical interaction, that can be something you can join in with. Make it fun for her. Fun for you. Just make if a fun as hell night

BUBBLESXD_90: It*

OCE:              Oh yeah?

BUBBLESXD_90: Oh yes

BUBBLESXD_90: Hell, you know I am attracted to you (emoji) I dunno

                  what you look like or much of anything about you, but I

                  am super attracted to your sexual pleasures

OCE:              I told you I'm not part of it. Get over it (emoji)

BUBBLESXD_90: I ammmmmmmmm lol

OCE:              Lol oh I thought you wanted my daughter

BUBBLESXD_90: Oh I do (emoji)(emoji)(emoji)

OCE:              Then who's the other girl

70.    On June 24, 2021, at approximately 8:09 pm EDT,

"BUBBLESXD_90" sent an online private message to the FBI OCE that contained a

video that I have probable cause to believe depicted a minor engaging in sexually

explicit conduct, that is, genital-genital sexual intercourse.  A description of the video

is as follows:

        DESCRIPTION: A color video approximately 20 seconds (0:20) in

        length with sound depicting a prepubescent female minor child lying on her

        back.  An adult male rubs his penis on the vagina of the child throughout the

        video.  The child's vagina lacks pubic hair and is very small compared to the

        adult male's penis, At approximately 4 seconds (0:04) into the video, the adult

        male can be heard saying "does that feel good?" At approximately 18 seconds

        (0:18) into the video, a white substance appears and can be seen on the adult

32

male's hand and the child's body.

71.     Later on June 24, 2021, the online conversation between

"BUBBLESXD_90" and the FBI OCE continued as follows:

BUBBLESXD_90: I wanna eventually do this with her (emoji)(emoji)

BUBBLESXD_90: I girl I met not long ago. She works at a publix and she is

super sweet.

BUBBLESXD_90: A girl*

OCE:           damnn

OCE:           Who's that (emoji)

BUBBLESXD_90: That girl I have no idea lol. She is just some sexy as hell

little girl getting a good squirt of cum on her hot little

virgin pussy

OCE:           Lol ohh just a random

BUBBLESXD_90: Yeah. I have only ever touched one little girl lol. And,

unfortunately, I did not get a pic (emoji)

BUBBLESXD_90: But imagine your little girls tight little black pussy lips

being parted by my throbbing hard white cock. She starts

getting wet and makes the tip of my cock slippery so I start

to rub it between your little girls pussy lips from her tiny

tiny clit to her virgin un-penetrated hole

(emoji)(emoji)(emoji)

OCE:           Dang that was descriptive lol is that what you did to the

33

other girl?

BUBBLESXD_90: No lol. I just felt her pussy as she slept. My dick never touched her.

OCE: Ohh so she didn't know

BUBBLESXD_90: Yeahhhh

BUBBLESXD_90: But her pussy was the softest bit of skin I had ever felt. I wanted so badly to taste the silken smooth skin

OCE: How did you get the opportunity

BUBBLESXD_90: Baby sitting when their mom went out. She fell asleep on me after I put on a movie and she had on super loose shorts and no panties

BUBBLESXD_90: Not gonna lie, I wanted her mom too. She had amazing tits and a gorgeous ass. But she was my step sister and she was sooooo not into it (emoji)(emoji)

OCE: Hmmm so your into young and old haha? Just girls or girls and boys?

BUBBLESXD_90: Just girls. But if you were to suck off a young boy or start teaching him how to fuck, I would be super into that. Just would not wanna join in lol

OCE: Haha I see

72.    On June 24, 2021, at approximately 8:32 pm EDT,

"BUBBLESXD_90" sent an online private message to the FBI OCE that contained a

video that I have probable cause to believe depicted a minor engaging in sexually explicit conduct, that is, genital-genital sexual intercourse. A description of the video is as follows:

DESCRIPTION: A color video approximately 31 seconds (0:31) in length with sound depicting a prepubescent male minor child facing an adult female. The male child lacks pubic hair and has very small features and genitals as compared to the adult. The adult female is using her right hand to hold the child's underwear down. At approximately 2 seconds (0:02) into the video, the adult female places her right thumb on the child's penis. At approximately 3 seconds (0:03) into the video, the adult female can be heard saying "go, put it in" as the child inserts his penis into the adult female's vagina. At approximately 15 seconds (0:15) into the video, the child's penis falls away from the adult female's vagina. The adult female grabs the penis and can be heard saying "too high, buddy." At approximately 18 seconds (0:18) into the video, the adult female spreads her vagina as the child re-inserts his penis into her vagina. At approximately 26 seconds (0:26) into the video, the child's penis is removed from the adult female's vagina. The adult female appears to touch the child's penis with her right hand then pulls the child's underwear down. Approximately 30 seconds into the video (0:30), the adult female lifts her hand and can be heard saying "my nail."

73.     Later on June 24, 2021, the online conversation between "BUBBLESXD_90" and the FBI OCE continued as follows:



BUBBLESXD_90: (emoji)(emoji)(emoji) I cannot wait to start training your daughter to take bigger and bigger things inside her beautiful pussy

OCE: Lol well when are you thinking

BUBBLESXD_90: Any time on the weekends (emoji)

OCE: Hmmm I could make it work

BUBBLESXD_90: I am so turned on right now (emoji)(emoji)(emoji) just thinking of her is making me want her more

BUBBLESXD_90: So, do you want me to be her grown up boyfriend? (emoji)(emoji)

OCE: Haha idk about all that

BUBBLESXD_90: Lol alright. I am just trying to find out what you want. Because when I meet her, I am gonna be a complete stranger. How will she react to me? How do we transition from me being a guest to me getting her to take her clothes off

OCE: Yeah idk that's a good point

BUBBLESXD_90: Obviously I am not dating mommy. So it won't be mommys boyfriend touching her. Who am I? How will she feel about me? Should I just regularly meet up with you and her and get her use to a new friend with silly sexual ideas? Perhaps have her walk in while we are

37

watching porn? Maybe you can turn on some porn and masturbate while she is around and get her accustomed to seeing sexual things

BUBBLESXD_90: I may be fucked up, but I am not completely stupid lol. But, all kids are into sexual things because it is bad. And they often want to do what they are not allowed to do.

OCE: True

OCE: Idk you'll have to come up with a plan.. maybe bring her stuff to bribe her?

BUBBLESXD_90: (emoji)(emoji)(emoji) does not sound like a bad idea. But, again, how am I gonna get that little girl to WANT to get naked for me and want me. I would prefer not to go and do things against her wishes. I dunno. The logical part of this story became difficult lol.

OCE: Haha idk maybe m and ms and Reese's?

BUBBLESXD_90: Here is some candy little girl, here is also a big fat lollipop for you to suck on (emoji)(emoji) I kinda like it lmao

BUBBLESXD_90: You should get her a phone so I can start talking her into doing things for me (emoji)(emoji)

OCE: Maybe but I'd want to know what you were asking ya know

BUBBLESXD_90: Well, she will try to keep it a secret. But I am sharing all of

38

our conversations because I do not just want to get your

daughter to explore, I want you to get off to it

BUBBLESXD_90: You will see how naughty your daughter gets. I will send

her some videos of very dirty stuff and get her to send me

pics of her doing things for me.

BUBBLESXD_90: Then, once you find out about us, you act all surprised and

get me to come over and punish her by making her do

sexual acts for me.

BUBBLESXD_90: That is just one instance

BUBBLESXD_90: What is going through your mind?

OCE: Idk what to think.. I don't want any kind of punishment

like that but maybe I could get her a phone or something

BUBBLESXD_90: Alright. So no punishment. But, yeah. Or let her use yours

and let her have her own kik account. I will find her and

try to hit it off (emoji)(emoji)

BUBBLESXD_90: And yeah, I only want to punish someone with sex if they

want to be punished like a sexy submissive girl

(emoji)(emoji)

OCE: Hmmm okay let me think about that one

OCE: I think I'd rather have you text her there some weirdos on

here lol

BUBBLESXD_90: True that lol

39

BUBBLESXD_90: She might get a snapchat that I can add her on. Pretty discrete there I think

OCE:           Nah not snap.. I'm too old to understand it haha

BUBBLESXD_90: Lmao you are younger than me girl (emoji)(emoji)

OCE:           Lol I am? How old are u?

BUBBLESXD_90: 33

BUBBLESXD_90: If I remember right, you are 27?

OCE:           Haha nah I'm 34

OCE:           So I win

BUBBLESXD_90: G[ ]d damn it (emoji)

OCE:           Lol

BUBBLESXD_90: Your sexy ass has me beat. But damn it I know I am bigger than you (emoji) my muscles are well trained and I bet I could bench press you (emoji)(emoji)

OCE:           Lol I bet

BUBBLESXD_90: Who knows. Maybe through your daughter we will become friends and you will let me try (emoji)(emoji)

OCE:           Lol

BUBBLESXD_90: I dunno about you, but I want to live my life living a fun life. So, if we do become decent friends, let's have fun together. Board games, video games, flashing random kids my dick and your tits (emoji)(emoji)(emoji)

OCE:                    Hahah you're crazy

BUBBLESXD_90: Gotta be crazy to want to fuck a 9 year old

                        (emoji)(emoji)(emoji)

OCE:                    Haha (emoji)

BUBBLESXD_90: And I cannot wait until she is trained enough to take in

                        every inch (emoji)(emoji)(emoji)

BUBBLESXD_90: Once she and I start talking, she might want to be my

                        girlfriend. What would you do if you came home and she

                        has snuck me in to your house? (emoji)(emoji)

OCE:                    Lol you're getting ahead of yourself!

OCE:                    What do you think you'd do the first time tho

BUBBLESXD_90: I am thinking of going with the full body massage idea. It

                        would not be too invasive and she will be giving me

                        permission to touch her everywhere

BUBBLESXD_90: I will just spend some extra time massaging her ass pussy

                        and nips (emoji)(emoji)

BUBBLESXD_90: Her little perky black ass is gonna look so fucking good

                        oiled up (emoji)(emoji)

BUBBLESXD_90: I will tell her that I can massage her kitty with my tongue

                        and omg will I

BUBBLESXD_90: You can film it all and make a montage video of her trying

                        to take my dick inside of her tight little holes to eventually

me fucking her like an adult.

OCE: Oh damn that's a thought.. you want to film the first time?

BUBBLESXD_90: Omg yesssss!

BUBBLESXD_90: Then you and I will be able to watch her lose her virginity to my hard cock again and again (emoji)(emoji)(emoji)

BUBBLESXD_90: We can film when she gets my dick in her ass and in her pussy for the first time. That would be the best cp vid ever (emoji)(emoji)

BUBBLESXD_90: I need to calm down. I am getting myself too excited lol

OCE: Lol you think she's lose her virginity the first time you met?

BUBBLESXD_90: Nah, not unless I talk to her for a while, open her up to adult things and she starts to want it

BUBBLESXD_90: But would you be able to handle seeing her hymen blood all over my cock once I take her virginity?

OCE: Ummm lol Idk I don't want you to hurt her you have to listen to me if I say no

BUBBLESXD_90: You got it girl lol

BUBBLESXD_90: Do you wanna see me cum all over her ass as she sleeps? (emoji)(emoji)

BUBBLESXD_90: Worth asking lol

OCE: Lol idk if u want

42

BUBBLESXD_90: Well of course I do. But damn woman. Do you know at all what you really want from me? (emoji)(emoji)

OCE: Lol just do what you want.. within reason

BUBBLESXD_90: Well most of what I will do will be to help you satisfy naughty devilish desires. I want to make your pussy wet when your daughter gets felt up. I want to see that hand in your panties, or have those panties just come off from watching me fool around with your little girl

OCE: No it's not about me.. I told you

BUBBLESXD_90: Okay. So you want your daughter to have experience. I am curious as to why? Did you lose your virginity early on too?

BUBBLESXD_90: Sorry. That does seem to be a serious question. My bad

BUBBLESXD_90: Anyways. I might be going to sleep soon. Message me all you want and I will get back to you (emoji)(emoji) have a good night sexy mommy

74.     On June 25, 2021, the online conversation between "BUBBLESXD_90" and the FBI OCE continued as follows:

BUBBLESXD_90: How is your day going gorgeous?

OCE: Ok u

BUBBLESXD_90: Not bad. Got a little wet from the rain, but I will live lol

OCE: Yeah it's been constant

BUBBLESXD_90: Yup. I have not gone home dry in days (emoji)(emoji)

BUBBLESXD_90: So what do you do for fun? Any hobbies? (emoji)(emoji)

OCE:          Nah just work a lot ..

OCE:          U?

BUBBLESXD_90: I like to build stuff. I really love finding odd designs of things, like houses, and adding my own flare. Downside to this is I can do it perfectly in my head but I cannot draw worth a shit lol

BUBBLESXD_90: So what kind of sexual things do you like being done to you? You seem almost A-sexual lol

OCE:          Ah yeah art isn't my thing

BUBBLESXD_90: It takes some serious training to become any good at being artistic

OCE:          Yeah I guess. Maybe I am lol

BUBBLESXD_90: You are the visionary. The one who tells people to do what she imagines in her head. Do you masturbate much?

OCE:          I'm not interested in talking about me sry

BUBBLESXD_90: No worries lol. I was just curious

BUBBLESXD_90: In that case, do you think you would be able to get another pic of your little girl? (emoji)(emoji)

OCE:          Maybe

OCE:          What u want a pic of this time?

44

BUBBLESXD_90: I would love one of her completely naked. I would love to see her pussy that I want so badly to lick and taste and hopefully take the virginity of (emoji)(emoji)

OCE: Hmmm I'd have to take a pic like that.. how should I take it?

BUBBLESXD_90: You can take all of her clothes and put them in the wash and make her go to sleep naked

BUBBLESXD_90: Or tell her to drop her panties and let you take a pic of her pussy and send it to her doctor to examine Tomane sure it is not infected or looking wrong in any way (emoji)

BUBBLESXD_90: To make sure*

OCE: Oh so like her just standing there?

BUBBLESXD_90: Yeah. Unless you feel comfortable just telling her to take her clothes off and posing for you lol.

OCE: Lol idk I was just trying to do what u want I'm not making any promises

75.    On June 25, 2021, at approximately 8:12 pm EDT, "BUBBLESXD_90" sent an online private message to the FBI OCE that contained a video that I have probable cause to believe depicted a minor engaging in sexually explicit conduct, that is, oral-genital sexual penetration. A description of the video is as follows:

DESCRIPTION: A color video approximately 23 seconds (0:23)

45



in length depicting a prepubescent female minor child with a child-like face with her mouth on the penis of an adult male. The child is rubbing the adult male's penis with her right hand which is too small to wrap around the full width of the penis. At approximately 3 seconds (0:03) into the video, the child removes her mouth from the penis and rubs the penis with her left hand. At approximately 10 seconds (0:10) into the video, the child removes her hands from the penis. At approximately 15 seconds (0:15) into the video, the child begins to rub the penis with her left hand.

76.     Later on June 25, 2021, the online conversation between "BUBBLESXD_90" and the FBI OCE continued as follows:

BUBBLESXD_90:   I will make a video of her doing this to me for you some day (emoji)

OCE:            Lol

BUBBLESXD_90:   But I will make sure your daughter sucks my cock way better than the girl in the video. I honestly want to fuck her in the ass first. I think that will be the easiest hole to fully slide into first. Plus, you can watch me cum deep inside her ass (emoji)

BUBBLESXD_90:   Is that something you would like to see?

OCE:            Idk I don't want u hurt her

BUBBLESXD_90:   Well obviously I am gonna train her to slowly take more

46

and more in her ass. Eventually my cock will just slide inside with little resistance and I will be able to fuck her hard and deep with nothing but pleasure coming from us both

BUBBLESXD_90: With that thought, I may just focus on her ass at first. Make her fully use to it being licked, sliding clean sharpie markers inside, then my finger, then two fingers then the head of my dick will slowwwwwwwwly push inside her ass and then, eventually, every inch of my hard dick will slip inside

BUBBLESXD_90: What do you think (emoji)

77.    On June 26, 2021, "BUBBLESXD_90" sent the following online message to the FBI OCE:

BUBBLESXD_90: Also, if I do get this girl I know to date me, I will highly likely disappear from kik lol. I will let you know if we start dating and say good bye to your sexy minded self lol

78.    On June 27, 2021, the online conversation between BUBBLESXD_90" and the FBI OCE continued as follows:

BUBBLESXD_90: I am thinking of your daughters body. Imagining how good it looks naked and picturing myself laying on my back and having her sit her tiny little ass on my face and moaning and giggling a bit as she feels my tongue lick her

47

tiny tight beautiful pussy (emoji)(emoji)(emoji) she turns me on so damn much

BUBBLESXD_90: Have you figured out how to take that pic? (emoji)

OCE: Lol noo I wasn't sure how to take it

BUBBLESXD_90: You will figure it out (emoji) I HAVE FAITH IN YOU GIRL!! (emoji)(emoji)

OCE: Lol idk I'm nervous

BUBBLESXD_90: I wish I could have been there to see your reaction when you took the first pic (emoji)(emoji) your hands probably trembling, your heart racing and your mind thinking "this is crazy, I cannot believe I am actually doing this" omg your reaction would be so cute to witness

BUBBLESXD_90: Maybe the only way would be to get her to sleep naked for a night? Other than that I can only think of trickery or ordering her to let you take the pic

BUBBLESXD_90: If you want me to, I can come over tonight while she is asleep and cum on her as she sleeps (emoji)(emoji)

OCE: would u really do that?

BUBBLESXD_90: Would you let me (emoji)

OCE: Ummm I mean I'd be open

BUBBLESXD_90: (emoji)(emoji)(emoji)(emoji)(emoji)(emoji)(emoji)

BUBBLESXD_90: I am suddenly sooooooo excited

48

OCE:          Hmmm soo

BUBBLESXD_90: You seem nervous (emoji)

OCE:          Well it's a first for me don't judge

BUBBLESXD_90: You are talking to a guy who wants to eventually fuck your kid. I am not the one to make judgements here lol

OCE:          Lol that's good to know

BUBBLESXD_90: Lol are you scared of me having sex with her?

OCE:          lol well u weren't planning on doing that tonight right or what

BUBBLESXD_90: I know you are scared of me hurting her, I never plan on doing that. But I do plan on teaching her to take my dick slowly inside of her and having her eventually love having sex with me

BUBBLESXD_90: No not tonight (emoji) her pussy is wayyyyyy too tight to take my dick in her without pain lol

OCE:          Okay yeah definitely no pain

OCE:          So what would u do then

BUBBLESXD_90: I will very very gently take her panties down and kiss her ass. Hoping not waking her. Maybe touch her ass a little with my cock as she sleeps and as I rub it and then cum all over her pussy and ass.

BUBBLESXD_90: I really want to taste her pussy

49



BUBBLESXD_90: Has she showered yet tonight?

OCE:　　　　　 Yeah she has

BUBBLESXD_90: Damn

OCE:　　　　　 Sorry

BUBBLESXD_90: It is okay. Just a lost opportunity for a sneaky naughty pic of her sexy little ass lol

OCE:　　　　　 Lol yeah true

OCE:　　　　　 She's going to bed in a bit so..

BUBBLESXD_90: Well I am still nervous. Not gonna lie. So I would really like proof that you are not gonna fuck my entire life over lol

BUBBLESXD_90: You understand my point of view, right

OCE:　　　　　 I'm taking a big risk here too I mean I could lose her or you could be crazy ya know

BUBBLESXD_90: That is true, I could try to rape you both. I prefer to just take my time and have fun though. But we want the same thing. We want to see your daughter get taught and I want so bad to teach her slowly (emoji)(emoji)

OCE:　　　　　 Hey I'm about to put her to bed.. if you want I could let you talk to her real quick

BUBBLESXD_90: And I have no desire to lose my future over something as impulsive as just wanting a sexual experience

BUBBLESXD_90: Really (emoji)(emoji)(emoji)

OCE:            Ok well it's up to you

BUBBLESXD_90: Omg yesss

OCE:            She doesn't know anything about you so don't be crazy

BUBBLESXD_90: Okay (emoji)(emoji)

OCE:            Okay what's your number?

BUBBLESXD_90: Maybe I should get a disposable phone (emoji) my name came up with my phone number before. That is way to easily traced. So I will just hold off on that. Numbers are wayyyyy too traceable

OCE:            Oh okay well then idk what to tell you

BUBBLESXD_90: My desires clouded my judgement for a moment. I can wait (emoji)(emoji)

BUBBLESXD_90: Tell her your friend says good night then lol

OCE:            Lol okay

BUBBLESXD_90: No matter how much I want her, I need to be smart about this

OCE:            Got it I guess we'll talk later

BUBBLESXD_90: I wish I could make out with her before she goes to sleep

BUBBLESXD_90: Okay.. Have a good night (emoji)

BUBBLESXD_90: So we need to figure out a way to trust each other. We are both probably risking a lot using your daughter as my

future sex endeavor lol

BUBBLESXD_90: Any ideas?

BUBBLESXD_90: What is she wearing to sleep tonight?

BUBBLESXD_90: (emoji)(emoji)

BUBBLESXD_90: I am just curious (emoji) also I am guessing you are mad
at me?

79.     On June 1, 2021, I reviewed the images and videos in the URL
hyperlink that "BUBBLEXD_90" sent to the FBI OCE on March 30, 2021, at
approximately 4:54 PM EDT. A description of one such video of child pornography
in the hyperlink are as follows:

TITLE: April 5yo Super hot.mp4

DESCRIPTION: This color video is approximately 5 minutes 44
seconds in length depicts a nude prepubescent female minor child being
digitally penetrated by an adult's finger. The child is very small in
stature and lacks pubic hair.  Later during the video, a prepubescent
female minor child with slightly darker skin is visible with an adult's
penis in her mouth.  The video continues with various forms of oral and
digital penetration for the duration of the film.

80.     On June 1, 2021, I reviewed the images and videos in the URL
hyperlink that "BUBBLESXD_90" sent to the FBI OCE on May 6, 2021 at
approximately 5:52 PM EDT. A description of one such video of child pornography
in this link are as follows:

52

TITLE: "Xxx – Pthc -12Yo * 8Yo Pedo – Real Kids Fucking - Creampie, Loads of Cum (No Blood), Interracial Child Sex,.mpg"

DESCRIPTION: This color video is approximately 4 minutes 8 seconds in length depicts prepubescent female minor child on a bed, removing her underwear to expose her vagina. The child is small in stature and lacks pubic hair. The camera focuses on the child's vagina as it is digitally penetrated. The digital penetration continues until 2 minutes 56 seconds when and male's penis vaginally penetrates the child's vagina.

81.     FBI SOS M. Hammerling has advised me of and provided me with the following information, some of which was set forth in written documentation that I have reviewed. In or about February 2021, and at my direction, SOS Hammerling took investigative steps to identify the user of the "BUBBLESXD_90" account. SOS Hammerling found that Facebook had reported a CyberTip to the National Center for Missing and Exploited Children (NCMEC) stating that the user of the Facebook account username garret.weber.9480, with the unique id number 100030678615341, at least five images of suspected child pornography, and one image depicting an adult male's face. Based on my training and experience, I know that NCMEC regularly receives CyberTips from individuals and business entities regarding the possible sexual exploitation of children. These CyberTips often include profile information for users of online services and apps who are believed to be sharing, uploading or discussing child pornography based on shared images, profile



information, and text conversations.  I am also aware that NCMEC sends the materials contained in these CyberTips to the geographically appropriate law enforcement agencies for investigation. I reviewed the NCMEC CyberTip regarding Facebook username "garret.weber.9480" and learned the following:

    a. Facebook submitting party Jason Barry, business address 1601 Willow Road, Menlo Park, CA 94025, submitted the following to NCMEC. On or about March 11, 2019, at approximately 16:05 Pacific Daylight Time (PDT), the user of the Facebook account username garrett.weber.9480, with the unique id number 100030678615341, email address nargacugagw@gmail.com (verified), name Garrett Weber, IP address 2602:306:b8bd:1b0:e1bb:a356:6404:27ce, uploaded the file 9s0agp3vhnokc84s53761911_2273110472755924_884880121305183027 2_o.jpg, in Facebook Messenger and the Facebook submitting party Jason Barry reviewed the image.

    b. On or about June 29, 2021, I also reviewed this image uploaded by the user of the Facebook account garrett.weber.9480.  A description of this image is as follows:

TITLE:

9s0agp3vhnokc84s53761911_2273110472755924_8848801213051830272_o.jpg

DESCRIPTION: A color still image of a fully nude baby lying on top of a fully nude adult male who appears to be prone on his back. The baby appears to have a clear to whitish liquid on her abdomen and pubic area. The adult

male's penis is fully erect and pressed against the outside of the baby's vagina. The adult male's penis is also covered in the same liquid. The adult male appears to be white and has brown body hair.

c. On or about March 11, 2019, at approximately 23:05:53 PDT, the user of the Facebook account username garrett.weber.9480, with the unique id number 100030678615341, email address nargacugagw@gmail.com (verified), name Garrett Weber, IP address 2602:306:b8bd:1b0:e1bb:a356:6406:27ce, uploaded the file 8jb37zqv09wkkk0849187805_124451965254090_6927985168472866816_n.jpg in Facebook Messenger and the Facebook submitting party Jason Barry reviewed the image. On or about June 29, 2021, I reviewed this image, and the individual depicted in the image uploaded by garrett.weber.9480 is the same individual depicted in the Florida Driver's License photograph for GARRETT ERIC WEBER, which I have also reviewed.

82.     In or about February 2021, and at my direction, SOS Hammerling continued to take investigative steps to identify the user of the "BUBBLESXD_90" account and provided me with the following information, some of which was set forth in written documentation that I have reviewed. Using open source internet research, SOS Hammerling located several social media accounts that appeared to be related to the user of the "BUBBLESXD_90" account, and SOS Hammerling located an Instagram account with the username "bubblesxd_90" with the display name "Garrett Weber" and the biography "Hi, i am bubbles and i love cats and death

metal". SOS Hammerling also located two Skype accounts associated with the email address disturbedguy1990@aol.com. One such Skype account's username is "bubblesxd17", display name "Bubbles TheRock", and telephone number 904-327-3523 was associated with disturbedguy1990@aol.com, and the second had Skype account username "bubbles90xd", with the display name Garrett Weber, associated telephone number 904-327-3523, and an account photograph of a white male was associated with the email address disturbedguy1990@aol.com. I have reviewed the account photograph and the individual depicted in the photograph is young but still appears to be the individual depicted in the Florida Driver's License photograph for GARRETT ERIC WEBER, which I have reviewed.  Moreover, based on my training, experience, and my review of all the information contained in this affidavit, there are similar naming conventions among the Kik, Instagram, and Skype accounts associated with disturbedguy1990@aol.com, including the nickname "bubbles" the letters "xd" and the number "90".  Accordingly, I have probable cause to believe that these accounts are likely controlled and operated by the same user.

83.     Based on the information set forth above, I have probable cause to believe that the Kik user "BUBBLESXD_90" who engaged in the online conversation with the FBI OCE as set forth above, is the person identified as GARRETT ERIC WEBER, date of birth October █████

84.     Based upon the foregoing facts, I also have probable cause to believe that during the period between on or about March 11, 2021 and on or about June 27, 2021, in the Middle District of Florida, GARRETT ERIC WEBER, a/k/a

"BUBBLESXD_90," did knowingly attempt to employ, use, persuade, induce, entice

and coerce a person whom defendant believed to be a minor to engage in any

sexually explicit conduct for the purpose of producing visual depictions of such

conduct, which visual depictions would have been transported and transmitted using

facilities of interstate commerce, that is, by cellular telephone and the internet, in

violation of 18 U.S.C. §§ 2251(a) and 2251(e).


_____
JONATHAN MacDONALD, Special Agent
Federal Bureau of Investigation



Subscribed and sworn to before me this 1st day of July, 2021, at
Jacksonville, Florida.

_____
JAMES R. KLINDT
United States Magistrate Judge

57