FILED IN OPEN COURT

7.8.2021

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

GARRETT ERIC WEBER
  a/k/a "BUBBLESXD_90"

Case No. 3:21-cr-65-MMH-MCR
18 U.S.C. § 2251(a) & (e)
18 U.S.C. § 2422(b)
18 U.S.C. § 2252(a)(2)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

From on or about March 11, 2021 through on or about June 27, 2021, in the Middle District of Florida, the defendant,

GARRETT ERIC WEBER,
a/k/a "BUBBLESXD_90,"

did knowingly attempt to employ, use, persuade, induce, entice and coerce a person whom the defendant believed to be a minor to engage in any sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depictions would be transported and transmitted using a facility of interstate commerce, that is, by computer via the internet.

In violation of 18 U.S.C. § 2251(a) and (e).

## COUNT TWO

From on or about March 11, 2021 through on or about June 27, 2021, in the Middle District of Florida, the defendant,

> GARRETT ERIC WEBER,
> a/k/a "BUBBLESXD_90,"

using facilities of interstate commerce, that is, by computer via the internet, did knowingly attempt to persuade, induce, entice, and coerce a person whom the defendant believed had not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense under the laws of the state of Florida, that is, the crime of lewd or lascivious molestation against a person less than 12 years of age, in violation of Section 800.04(5)(a) & (b), Florida Statutes.

All in violation of 18 U.S.C. § 2422(b).

## COUNT THREE

On or about May 20, 2021, in the Middle District of Florida, the defendant,

> GARRETT ERIC WEBER,
> a/k/a "BUBBLESXD_90,"

did knowingly distribute visual depictions using a facility of interstate commerce, that is, by computer via the internet, when the production of the

visual depictions involved the use of minors engaging in sexually explicit conduct, and the visual depictions were of such conduct.

In violation of 18 U.S.C. § 2252(a)(2) and (b)(1).

## COUNT FOUR

On or about June 24, 2021, in the Middle District of Florida, the defendant,

GARRETT ERIC WEBER,
a/k/a "BUBBLESXD_90,"

did knowingly distribute visual depictions using a facility of interstate commerce, that is, by computer via the internet, when the production of the visual depictions involved the use of minors engaging in sexually explicit conduct, and the visual depictions were of such conduct.

In violation of 18 U.S.C. § 2252(a)(2) and (b)(1).

## FORFEITURE

1.  The allegations contained in Counts One through Four of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provision of 18 U.S.C. § 2253 and 18 U.S.C. § 2428.

2. Upon conviction of a violation of 18 U.S.C. §§ 2251(a) and/or 2252(a)(2), the defendant, GARRETT ERIC WEBER, a/k/a "BUBBLESXD_90," shall forfeit to the United States of America, pursuant to 18 U.S.C. § 2253, any visual depiction described in 18 U.S.C. §§ 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

3. Upon conviction of a violation of 18 U.S.C. § 2422, the defendant, GARRETT ERIC WEBER, a/k/a "BUBBLESXD_90," shall forfeit to the United States, pursuant to 18 U.S.C. § 2428, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute

property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C.

§ 2253(b), and as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

*[signature]*
Foreperson

KARIN HOPPMANN
Acting United States Attorney

By: *[signature]*
D. RODNEY BROWN
Assistant United States Attorney
Senior Litigation Counsel

By: *[signature]*
KELLY S. KARASE
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
7/8/21 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

GARRETT ERIC WEBER
a/k/a "BUBBLESXD_90"

## INDICTMENT

Violations:  Ct. 1:   18 U.S.C. §§ 2251(a) & (e)
Ct. 2:   18 U.S.C. § 2422(b)
Cts. 3-4: 18 U.S.C. § 2252(a)(2)

A true bill,

_____
Foreperson

Filed in open court this 8th day of July, 2021.

_____
Clerk

Bail   $_____

GPO 863 525